

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00260-CV

| | | |
|---|---|---|
| BLANCA AMES, NATALIE AMES, BRANDON APRIL, CHELSEA ASANTE, SHARON CAGER, KENDRA BEGLEY, HILLARY BUTTERS, BRANDON CAMFIELD, DABRIELLE FRANKLIN, TRAVIS FULTON, JENNY FULTON, SHALINA GOWINS, ASHLEY GRANT, MARSHALL GRANT, KATELYN GRANT, DEMETRIA HALL, GUY HALVERSON, PATRICIA HERRINGTON, KIMBERLY JOHNSON, CURTASIA LENTON, JAMAL MANINGO, JASON MARSHALL, TAMESHIA MATTHEWS, SAMUEL MCCLELLAN, OMAR NAFEA, STEPHANIE OWENS, ANDREMARIE PAREDES, ASHLEY PENA, CAROLINE PEREZ, DAVIS PIDADRO, FEDERIKA POLK, GABRIELLE PRUITT, AHMAD RASHID, MICHAEL SAPP, MATTHEW SELBY, YANG WON SHIN, ERICA SMITH, BRANDON SON, MARION SOWARD, STEPHANIE STEVENSON, SANDRA UNORJI, PATRICIA WHITLOCK, AND MICHELLE WILLIS, APPELLANTS | § § § § | On Appeal from the 431st District Court of Denton County (20-9774-431) March 6, 2025 |

V.

FSC ROSEHILL ASSOCIATES, LLC,
WESTWOOD RESIDENTIAL COMPANY
AND TAYLOR LAND TWO COMPANY,
Appellees                                    §     Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Blanca Ames, Natalie Ames, Brandon April, Chelsea Asante, Sharon Cager, Kendra Begley, Hillary Butters, Brandon Camfield, Dabrielle Franklin, Travis Fulton, Jenny Fulton, Shalina Gowins, Ashley Grant, Marshall Grant, Katelyn Grant, Demetria Hall, Guy Halverson, Patricia Herrington, Kimberly Johnson, Curtasia Lenton, Jamal Maningo, Jason Marshall, Tameshia Matthews, Samuel McClellan, Omar Nafea, Stephanie Owens, Andremarie Paredes, Ashley Pena, Caroline Perez, Davis Pidadro, Federika Polk, Gabrielle Pruitt, Ahmad Rashid, Michael Sapp, Matthew Selby, Yang Won Shin, Erica Smith, Brandon Son, Marion Soward, Stephanie Stevenson, Sandra Unorji, Patricia Whitlock, and Michelle Willis, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach